**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION** | Case No. 1:14-cv-1748<br>MDL No. 2545<br>Hon. Matthew F. Kennelly |
| **THIS DOCUMENT RELATES TO:**<br><br>Greg Gredzinski and Angela Gredzinski<br><br>v.<br><br>AbbVie Inc., et al. | Case No. 1:15-cv-06900 |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants, pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), with the parties to bear their own costs.

| | |
|---|---|
| */s/Christopher A. Seeger*<br>Christopher A. Seeger<br>SEEGER WEISS LLP<br>55 Challenger Road, 6th Floor<br>Ridgefield Park, NJ 07660<br>Phone: (973) 639-9100<br>Email: cseeger@seegerweiss.com<br>*Counsel for Plaintiffs* | */s/Christopher Boisvert*<br>Christopher Boisvert<br>DECHERT LLP<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104<br>Phone: (215) 994-2312<br>Email: chip.boisvert@dechert.com<br>*Counsel for AbbVie, Inc.; Abbott Laboratories; & AbbVie Products LLC* |

*/s/David Stanley*
David Stanley
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA, 90071
Phone: (213) 457-8000
Email: dstanley@reedsmith.com
*Counsel for Eli Lilly and Company; Lilly USA, LLC; Acrux Commercial Pty Ltd.; and Acrux DDS Pty Ltd.*